IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| TRACEY WHEELER,<br><br>                    Plaintiff,<br><br>vs.<br><br>EAGLE MOUNT - BOZEMAN,<br><br>                    Defendants. | No. CV-21-6-H-SEH<br><br>**ORDER** |

On January 28, 2021, Plaintiff Tracey Wheeler filed a Complaint[1] in the Helena Division. The Complaint states "[v]enue is proper in the Butte Division of the Federal District of Montana because plaintiff is a resident of Bozeman, Gallatin County, Montana."[2]

---

[1] Doc. 1.

[2] Doc. 1 at 2.

Gallatin County is within the Butte Division.[3]

ORDERED:

The divisional venue of the case is transferred to the Butte Division. The Clerk of Court is directed to take all actions necessary and appropriate including assigning this case a Butte Division docket number, assigning an appropriate Judge, and notifying the parties.

DATED this 3rd day of February, 2021.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] *See* L.R. 1.2(c)(2).